STATE OF LOUISIANA                              NO. 21-KH-653

VERSUS                                          FIFTH CIRCUIT

DONALD E. BICKHAM                               COURT OF APPEAL

                                                STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Nancy F. Vega
Chief Deputy, Clerk of Court

_____November 16, 2021_____

Nancy F. Vega
Chief Deputy Clerk

**IN RE** DONALD E. BICKHAM

---

**APPLYING FOR**  SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE E. ADRIAN ADAMS, DIVISION "G", NUMBERS 18-5925, 18-5926, & 18-7237

---

Panel composed of Judges Susan M. Chehardy,
Jude G. Gravois, and Robert A. Chaisson

**WRIT OF MANDAMUS GRANTED**

Relator, Donald Bickham, seeks a writ of mandamus ordering the trial court to rule upon his application for post-conviction relief (APCR) filed on or about July 12, 2021. According to the official trial court record, the State filed a response to relator's APCR on August 18, 2021, but the trial court has not yet ruled on that application.

We grant the writ and order the trial court to rule on relator's APCR within 30 days of the date of this disposition, if it has not already done so. We further order the trial court to provide a copy of its ruling to relator and to this Court within 10 days of the date of such ruling.

Gretna, Louisiana, this 16th day of November, 2021.

                                **SMC**
                                **JGG**
                                **RAC**

21-KH-653

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
HANS J. LILJEBERG
JOHN J. MOLAISON, JR.

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

NANCY F. VEGA
CHIEF DEPUTY CLERK

SUSAN S. BUCHHOLZ
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



## FIFTH CIRCUIT
101 DERBIGNY STREET (70053)
POST OFFICE BOX 489
GRETNA, LOUISIANA 70054
www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **11/16/2021** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**21-KH-653**

### E-NOTIFIED
24th Judicial District Court (Clerk)
Honorable E. Adrian Adams (DISTRICT JUDGE)
Thomas J. Butler (Respondent)

### MAILED
Donald E. Bickham #235946 (Relator)
Franklin Parish Detention Center
F-Dorm
388 Nature Acres Road
Winnsboro, LA 71295